IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  06-cv-02470-RPM

JENNIFER LATHAM, individually and as smother and natural guardian of
EDEN and JACKSON LATHAM, minors,

     Plaintiff,

vs.

ASSURANT HEALTH,
ASSURANT, INC.,
FORTIS INSURANCE COMPANY,
TIME INSURANCE COMPANY and
JENNIFER G. SMITH,

             Defendants.

---

ORDER DENYING MOTIONS TO DISMISS

---

On January 12, 2007, named defendant "Assurant Health" filed a motion to dismiss, asserting that it is only "a marketing tool used as part of a name-recognition process." On the same day Assurant, Inc., filed a motion to dismiss for lack of personal jurisdiction and failure to state a claim against it.  The plaintiffs have responded and the confusion was discussed at a scheduling conference on January 31, 2007.  The moving parties filed their replies on March 2, 2007.  The replies together with the motions and affidavits submitted simply add to the confusion concerning what entities are responsible for the conduct giving rise to the plaintiffs' claims in this civil action.  The complexity of the manner in which the insurance business was conducted under the name "Assurant Health" prevents this Court from having any ability to determine the

issues attempted to be raised by the motions to dismiss. It is therefore

ORDERED that the motions to dismiss are denied.

DATED: March 28th, 2007

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge