IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:06-cv-02470-RPM

JENNIFER LATHAM, individually and as
mother and natural guardian of EDEN and
JACKSON LATHAM, minors.

     Plaintiffs,

v.

ASSURANT HEALTH,
ASSURANT, INC.,
FORTIS INSURANCE COMPANY, and
TIME INSURANCE COMPANY,

     Defendants.

ORDER RE DEFENDANTS ASSURANT HEALTH'S AND ASSURANT, INC.'S MOTION
FOR LEAVE TO FILE ANSWERS OUT OF TIME

     THIS MATTER having come before the Court on Assurant Health's and Assurant Inc.'s

Motion for Leave to File Answers Out of Time, and the Court being fully advised in the premises

therefor, hereby

     ORDERS that said motion is granted and the Clerk of the Court is hereby ordered to file

the Answers of Assurant Health and Assurant, Inc. (attached as Exhibits A and B to the Motion)

on the docket for this matter.

     DATED this17th day of April 2007.

                        BY THE COURT:
                        s/Richard P. Matsch

                        _____
                        Hon. Richard P. Matsch