IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 06-cv-02470-RPM

JENNIFER LATHAM, individually and as smother and natural guardian of
EDEN and JACKSON LATHAM, minors,

    Plaintiff,

vs.

ASSURANT HEALTH,
ASSURANT, INC.,
FORTIS INSURANCE COMPANY, and
TIME INSURANCE COMPANY,

        Defendants.
_____

ORDER DENYING AGREED MOTION FOR PROTECTIVE ORDER
_____

    Upon consideration of the Agreed motion for Protective Order (Doc. #40), filed on April 30, 2007, it is

    ORDERED that the motion is denied for failure to refer to D.C.COLO.LCivR 7.2 and 7.3.

    DATED: April 30th, 2007

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge