IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  06-cv-02470-RPM

JENNIFER LATHAM, individually and as smother and natural guardian of
EDEN and JACKSON LATHAM, minors,

    Plaintiff,

vs.

ASSURANT HEALTH,
ASSURANT, INC.,
FORTIS INSURANCE COMPANY, and
TIME INSURANCE COMPANY,

        Defendants.

_____

ORDER DENYING AMENDED AGREED MOTION FOR PROTECTIVE ORDER
_____

    Upon consideration of the Amended Agreed Motion for Protective Order (Doc. #43) and the proposed agreed stipulation and protective order attached thereto, filed on May 1, 2007, it is

    ORDERED that the motion is denied for failure of the protective order to comply with D.C.COLO.LCivR 7.2 and 7.3.

    DATED: May 2nd, 2007

                                        BY THE COURT:

                                        s/Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior District Judge