# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:06-cv-02470-RPM

**JENNIFER LATHAM, individually and as mother and natural guardian of EDEN and JACKSON LATHAM, minors.**

      **Plaintiffs,**

**v.**

**ASSURANT HEALTH,
ASSURANT, INC.,
FORTIS INSURANCE COMPANY, and
TIME INSURANCE COMPANY,**

      **Defendants.**

---

## ORDER GRANTING MOTION TO ALTER OR AMEND THE SCHEDULING ORDER

      Court hereby modifies the current Scheduling Order with the following deadlines:

| | |
|---|---|
| Deadline for disclosing affirmative experts: | September 28, 2007 |
| Deadline for rebuttal experts: | October 30, 2007 |
| Discovery cutoff: | November 30, 2007 |
| Dispositive motions deadline: | February 3, 2008 |

Dated this 23rd day of July, 2007.

                                                     s/Richard P. Matsch
                                                    _____
                                                    U. S. District Judge

3740861_1.DOC