IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  06-cv-02470-RPM

JENNIFER LATHAM, individually and as smother and natural guardian of
EDEN and JACKSON LATHAM, minors,

     Plaintiff,

vs.

ASSURANT HEALTH,
ASSURANT, INC.,
FORTIS INSURANCE COMPANY, and
TIME INSURANCE COMPANY,

            Defendants.

## STAY ORDER

On August 15, 2007, the plaintiffs filed a motion to amend their complaint to join Jennifer Smith as a party.  That motion was opposed in the defendants' response, filed September 14, 2007.  On September 14, 2007, the defendants filed a motion to stay all further proceedings in this civil action pending determination of the motion to join Jennifer Smith because granting that motion would defeat subject matter jurisdiction in this case which was removed from the District Court of Boulder County, Colorado, based on diversity of citizenship of the parties in the original complaint.  The plaintiffs have also filed a motion for partial summary judgment and ruling on a question of law.  They have not filed a reply to the defendants' response to the motion to amend to join

Jennifer Smith.  Because the determination of that motion does affect subject matter jurisdiction, it is

ORDERED that all further proceedings in this matter are stayed.

DATED: September 20th, 2007

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge