IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  06-cv-02470-RPM

JENNIFER LATHAM, individually and as mother and natural guardian of
EDEN and JACKSON LATHAM, minors,

    Plaintiff,

vs.

ASSURANT HEALTH,
ASSURANT, INC.,
FORTIS INSURANCE COMPANY, and
TIME INSURANCE COMPANY,

    Defendants.

---

ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT, FOR FILING OF TENDERED AMENDED COMPLAINT AND FOR REMAND TO THE DISTRICT COURT, BOULDER COUNTY COLORADO

---

On August 15, 2007, the plaintiffs filed a motion for leave to amend the complaint and to join Jennifer Smith as an additional party, tendering a proposed amended complaint, alleging liability individually of defendant Jennifer Smith in the fifth and sixth claims for relief.  In the original complaint, the plaintiffs had named Jennifer Smith and the defendants removed the case, alleging diversity jurisdiction and that no claim for relief had been made against Jennifer Smith in the complaint.  This Court has proceeded and the question of whether there may be a separate claim against Jennifer Smith was discussed at the scheduling conference on January 31, 2007.  The plaintiffs' motion explains the basis upon which they seek to join Jennifer Smith as a defendant under Rule 20.  The motion is persuasive given that the insurers claim fraud in the

application and Jennifer Smith participated in completing the application for insurance. Because Jennifer Smith is a Colorado citizen, there is no longer diversity jurisdiction in this civil action and it must be remanded under 28 U.S.C. §1447(e).  It is therefor

ORDERED that the plaintiffs motion to amend complaint to add Jennifer Smith as an additional defendant is granted, the amended complaint tendered therewith is filed and this civil action is remanded to District Court, Boulder County, Colorado.

DATED: October 10th, 2007

BY THE COURT:

s/ Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge